UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL ("MANNY") SUAREZ,
et al.,
    Plaintiffs,

v.

ANGEL MOREY, et al.,
    Defendants.

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 8/27/99<br>Docket # 25<br>[X] Plffs  [ ] Defts  [ ] Other<br>Title: Motion Re: Spanish Exhibits | Granted. Plaintiffs shall submit English language translations of all exhibits by **November 29, 1999**, or the documents will be stricken from the record. Local Rule 108. |
| Date Filed: 10/12/99<br>Docket # 27 & 29<br>[ ] Plffs  [X] Defts  [ ] Other<br>Title: Motion to Tender Reply | Granted. The Court accepts defendant Angel Morey's tendered reply. |

Date 10-19-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


