UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MANUEL ("MANNY") SUAREZ,
et al.,
    Plaintiffs,

v.

ANGEL MOREY, et al.,
    Defendants.

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 11/03/99<br>Docket # 36<br>[X] Plffs  [ ] Defts  [ ] Other<br>Title: Motion Submitting Corrected Page | Granted. The original page 10 submitted on October 26, 1999 (Dkt. No. 33) shall be substituted by the page 10 submitted on November 3, 1999 (Dkt. No. 36). |
| Date Filed: 11/15/99<br>Docket # 37<br>[ ] Plffs  [X] Defts  [ ] Other<br>Title: Motion Requesting Leave to Reply | Granted. Defendant Alberto E. Goachet has until **November 30, 1999**, to file a reply to plaintiffs' opposition to the motion to dismiss.<br><br>No further extensions shall be granted. |

Date 1/19/99

HECTOR M. LAFFITTE
Chief U.S. District Judge



