# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

MANUEL SUAREZ and MARIA TERESA JIMENEZ

v.

ANGEL MOREY, et al.

Case No. CIVIL 98-2117 HL

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: 11-23-99   Docket # 40 | GRANTED. |
| ( )Plffs   (x)Defts | |
| ( )Other | |
| Title: COUNSEL IGNACIO RIVERA's MOTION TO WITHDRAW AS COUNSEL FOR THE SAN JUAN STAR | |

March 31, 2000
Date

[ x ] U.S. District Judge   [ ] U.S. Magistrate

| | |
|---|---|
| Date Filed: 3-9-2000   Docket # 49 | NOTED. |
| ( )Plffs   (x)Defts | |
| ( ) Other | |
| Title: COUNSEL ROBERTO MALDONADO NIEVES' MOTION ASSUMING LEGAL REPRESENTATION | |

March 31, 2000
Date