# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

Manuel ("Monny") Suarez et al

v.

Angel Morey et al

Case No. CV-98-2117

**ORDER**

**MOTION** | **RULING**

Date Filed: 3-1-00   Docket # 47

(✓) Plffs    ( ) Defts

( ) Other

Title: Motion Requesting Status/Settlement Conference

Ruling: Granted. A status and settlement conference is hereby set on April 10, 2000 at 2:15 PM

3/31/00
Date

☐ U.S. District Judge    ☐ U.S. Magistrate

---

Date Filed:    Docket #

( ) Plffs    ( ) Defts

( ) Other

Title:

Date

☐ U.S. District Judge

Rec'd: