# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   HECTOR M. LAFFITTE

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: April 10, 2000

COURT REPORTER: N/A                              C IV NO: 98-2117

===============================================================

| | |
|---|---|
| Manuel (Manny) Suarez, et al | Attys: Judith Berkan and Charles Hey Maestre, Esqs. |
| vs. | |
| Angel Morey, et al | Roberto Maldonado, Luis Del Valle, Gustavo Gelpi, John Garcia & Edward Godoy, Esqs. |

Case called for Status Conference.  Counsel Andres Garcia is not present, nor has notified the Court his absence.  Therefore, Counsel Garcia, is to show cause as to why sanctions in the amount of $250.00 should not be imposed for his failure to appear or notify the Court.

The Court states that it appears that settlement is feasible.  A final response shall be notified to the Court by May 1, 2000.

                                              Courtroom Deputy Clerk

Parties to be notified.


