UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Manny Suarez, et al
    v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 4.13.00  Docket # 56<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Alberto Goachet's motion apologizing for counsel's non-appearance at conference | Granted. No sanctions will be imposed on counsel Andrés García-Arregui for his failure to appear at the conference. The Court recommends that counsel García-Arregui submit the appropriate forms to the Clerk to enable him to receive notification of Court orders by fax. |

Date 4|18|00

HECTOR M. LAFFITTE
Chief U.S. District Judge


