# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 7.5.00   Docket # 58<br>[x] Plffs  [x] Defts  [ ] Other<br>Title: Motion by Plaintiffs and the San Juan Star for a final settlement conference | Granted. A final settlement conference will be held on **July 28, 2000**, at 9:30 a.m. The Court **orders** that all principals be available by phone during the conference.<br>The Court further **orders** <u>all</u> parties to meet on **July 18, 2000**, at a time and place convenient for all parties to engage in a good faith attempt to reach a final settlement. |

Date 7\7\00



HECTOR M. LAFFITTE
Chief U.S. District Judge



(7)



RECEIVED & FILED
00 JUL 10 AM 8: 57
U.S. DISTRICT COURT
SAN JUAN, P.R.