ENTERED ON DOCKET
8/1/00 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANUEL SUAREZ AND MARIA TERESA JIMENEZ<br><br>Plaintiffs<br><br>v.<br><br>ANGEL MOREY et al<br><br>Defendants | Civil Number: 98-2117 (HL) |

++++++++++++++++++++++++++++++++

## JUDGMENT

Upon review of the Joint Motion Requesting the dismissal with prejudice of this case submitted by all parties, the Court grants it and provides that this complaint shall be dismissed with prejudice pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure. Each party will bear its respective costs and legal fees and the Court takes notice of the fact that the request made was undertaken by the parties pursuant to an out of Court settlement agreement, and as requested by the parties, the Court will only retain jurisdiction over this controversy to hear the parties and grant any warranted relief in case there is a breach to the terms of the agreement.

In San Juan, Puerto Rico, this 31st day of July, 2000.

CHIEF U. S. DISTRICT COURT JUDGE