UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 10.11.00    Docket # 62<br>[ ] Plffs   [x] Defts   [ ] Other<br>Title: Pedro Rosario's Motion to seal | Granted. Docket no. 63 shall remain under seal until otherwise ordered by the Court. |
| MOTION | ORDER |
| Date Filed: 10.17.00    Docket # 64<br>[ ] Plffs   [x] Defts   [ ] Other<br>Title: San Juan Star's Motion for extension of time | Granted until **November 15, 2000**. |
| MOTION | ORDER |
| Date Filed: 10.16.00    Docket # 65<br>[x] Plffs   [ ] Defts   [ ] Other<br>Title: Motion to file documents under seal | Granted. Docket nos. 66 - 68 shall remain under seal until otherwise ordered by the Court. |

Date 10/29/00

HECTOR M. LAFFITTE
Chief U.S. District Judge