UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
     v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.15.00    **Docket # 71**<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** San Juan Star's Motion for extension of time | Granted until December 4, 2000. |

Date 11/29/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

