UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.4.00   **Docket # 73**<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** San Juan Star's Motion for extension of time | Granted until December 18, 2000. No further extensions shall be granted. |

Date 12/11/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


