# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.17.01  **Docket #**  [ ] **Plffs**  [x] **Defts**  [ ] **Other**  **Title:** *The San Juan Star's* Urgent Motion request stay of arbitration proceedings | The motion to stay the proceedings in arbitration case number A-01-663 is denied. However, the submission agreement for the arbitration shall be limited to whether there was just cause for the suspension of Manny Suarez. The parties shall not request the arbitrator to construe or interpret the private settlement agreement filed in this case. Nor shall the arbitrator construe or interpret the private settlement agreement, whose construction is currently pending before this Court. Any ruling by the arbitrator on the private settlement agreement will not be binding upon, or be enforced by, this Court. |

Date 1-17-01

HECTOR M. LAFFITTE
Chief U.S. District Judge

