UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.16.00   **Docket #** 66<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion under seal to hold Alberto Goachet in contempt | The Court hereby **orders** Defendant Goachet to show cause by **March 30, 2001**, why he should not be held in contempt for the reasons set forth in Plaintiffs' sealed motion (docket no. 66). |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.31.01   **Docket #** 90<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** *The San Juan Star's* motion regarding reply | Moot. |

Date 3/13/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

