UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.11.00 **Docket #** 75<br>[ ] **Plffs** [x ] **Defts** [ ] **Other**<br>**Title:** *The San Juan Star's* motion submitting opposition under seal | Granted. *The San Juan Star's* motion (docket no. 76) shall remain sealed until otherwise ordered by the Court. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.11.01 **Docket #** 82<br>[ ] **Plffs** [x ] **Defts** [ ] **Other**<br>**Title:** *The San Juan Star's* motion in compliance with court order | Granted. The sealed document (docket no. 83) submitted by *The San Juan Star's* shall remain sealed until otherwise ordered by the Court. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.16.01 **Docket #** 84<br>[x ] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion submitting reply under seal | Granted. Plaintiffs' motion (docket no. 85) shall remain sealed until otherwise ordered by the Court. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.17.01 **Docket #** 87<br>[x ] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion submitting opposition under seal | Granted. Plaintiffs' motion (docket no. 88) shall remain sealed until otherwise ordered by the Court. |

Date 3/13/01

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



92