UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suaresz, et al.,
    Plaintiffs,
    V.
Angel Morey, et al.,
    Defendants.

CASE NUMBER: 98-2117 (HL)

| MOTION |
|---|
| Date Filed: 3/27/01   Docket # 94   [] Plffs [x] Defts<br>Title: Alberto Goachet's motion in response to order to show cause<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Noted. Goachet shall pay Plaintiffs by **April 30, 2001**. The failure to comply with this deadline shall result in the imposition of sanctions. |

Date 4/2/01

HECTOR M. LAFFITTE
Chief U.S. District Judge


