UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al
    v.
Angel Morey, et al

CASE NUMBER: 98-2117 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5.7.01    **Docket # 97**<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Department of Justice's Motion to consign settlement funds | Granted. |
| **Date Filed:** 5.10.01    **Docket # 98**<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Alberto Goachet's Second Motion in compliance with order to show cause | Noted. |

Date 6/1/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

