# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Manny Suarez, et al

v.

Angel Morey, et al

**CASE NUMBER:** 98-2117 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 7.24.02    **Docket #** 104<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** *The San Juan Star*'s Motion requesting leave to use settlement agreement and sealed order in arbitration proceeding | There being no objection to *The San Juan Star*'s motion, the Court hereby **grants** its request for relief.  The *Star* may use the Court's sealed opinion and order of March 13, 2001 (docket no. 93) and the parties' sealed settlement agreement (docket no. 83) in the ongoing arbitration proceedings. |

Date 8/27/02

**HECTOR M. LAFFITTE**
Chief U.S. District Judge